UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELO ESPINAL, CONOR DOTY,      Case No. 25-cv-05123-JPO
NICOLE GUIDETTI, on behalf of themselves
and others similarly situated,

                           **NOTICE OF WITHDRAWAL**

                 Plaintiffs,

       v.

TABLEONE BSNYC LLC, d/b/a BAR
SPREZZATURA, KIMPTON HOTEL &
RESTAURANT GROUP, LLC d/b/a KIMPTON
HOTEL,

                 Defendants.

-------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that Daniel F. Carrascal, Esq., is no longer associated with Meltzer, Lippe, Goldstein & Breitstone, LLP and hereby withdraws his representation for Defendants**, TABLEONE BSNYC LLC, d/b/a BAR SPREZZATURA, KIMPTON HOTEL & RESTAURANT GROUP, LLC d/b/a KIMPTON HOTEL**.

       **PLEASE TAKE FURTHER NOTICE**, that Meltzer, Lippe, Goldstein & Breitstone, LLP shall remain as counsel for the Defendants**, TABLEONE BSNYC LLC, d/b/a BAR SPREZZATURA, KIMPTON HOTEL & RESTAURANT GROUP, LLC d/b/a KIMPTON HOTEL**.

Dated: Mineola, New York
        August 22, 2025

                           Respectfully submitted,

                           **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                 By:     ***/s/ Daniel Carrascal***
                           Daniel F. Carrascal Esq.
                           *Attorney for Defendants*
                           190 Willis Avenue
                           Mineola, New York 11501
                           (516) 747-0300
                           dcarrascal@meltzerlippe.com

4902-1596-3745 v.1