

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Netanel Newberger, Esq.*
*Writer's Direct Dial: (516) 747-0300, ext. 178*
*Writer's Fax: (516) 237-2893*
*Email: nnewberger@meltzerlippe.com*

September 3, 2025

**VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Courtroom 706
40 Foley Square
New York, NY 10007

        Re:    *Espinal et al. v. TableOne BSNYC LLC et al.*
                 Docket No.: 1:25-cv-05123-JPO
                 MLGB File No.: 13681-03740

Your Honor:

      This firm represents Defendants TableOne BSNYC LLC d/b/a Bar Sprezzatura, Kimpton Hotel & Restaurant Group, LLC d/b/a Kimpton Hotel (collectively "Defendants") in the above-referenced matter. We write jointly with Counsel for Plaintiffs, pursuant to Sections 1(A) and 3(C) of Your Honor's Individual Practice Rules, to respectfully request: (i) a minor extension of time to answer or otherwise respond to the Complaint; and (2) a minor adjournment of the currently scheduled Preliminary Conference.

      Currently, Defendants' deadline to respond to the Complaint is September 5, 2025. *See* ECF No. 16. Defendants respectfully request one additional week until Friday, September 12, 2025. Defendants request this extension of time to account for (both planned and unplanned) conflicts and absences which arose during the prior Labor Day holiday which prevented Defendants from being able to finalize their response by the current deadline, to account for the need to finalize transition of a new attorney (the undersigned) into this matter, and to allow the Parties to finalize discussions regarding mediation parameters in this matter. This extension request will not affect any other deadline. Finally, this is the third request to extend this deadline, with the prior requests being granted (*see* ECF Nos. 12-13 and 15-16), and as noted above, Plaintiffs join in the instant request to extend this deadline.

      Additionally, the Preliminary Conference in this matter is currently scheduled for September 22, 2025. *See* ECF No. 6. Plaintiffs respectfully request that the Preliminary Conference be rescheduled to either September 26, 29 or 30, or October 6, whichever is convenient for the Court. The adjournment is necessary due to a scheduling conflict on behalf of Plaintiffs. This extension request will not affect any other deadline. Finally, this is the first request to adjourn this conference, and as noted above, Defendants join in the instant request to adjourn the conference.

_____

**Long Island   |   New York City   |   Boca Raton   |   Miami**

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

We sincerely thank the Court for its time and consideration of the foregoing requests.

                                                  Respectfully submitted,

                                                  */s/ Netanel Newberger*

                                                  Netanel Newberger, Esq.

cc:    All Counsel (Via ECF)